UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEVINDER PAL (A No. 245 237 740),

          Petitioner,

    v.

WARDEN, CALIFORNIA CITY ICE DETENTION FACILITY,

          Respondents.

No.  1:26-cv-1531 DJC CKD P

ORDER

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 14, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  Respondents filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations (ECF No. 15) are adopted in full.

2.  The amended petition for writ of habeas corpus (ECF No. 11) is GRANTED.

3.  Respondent's motion to dismiss (ECF No. 13) is DENIED.

4.  Petitioner shall be released from Immigration and Customs Enforcement Service custody.

5.  Unless circumstances change to the point that petitioner's arrest without a hearing does not violate rights identified herein, respondent is ENJOINED AND RESTRAINED from re-detaining petitioner without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing respondents shall bear the burden of demonstrating that petitioner is a danger to the community or a flight risk by clear and convincing evidence.

6.  The Clerk of the Court is directed to serve the California City Ice Detention Facility with a copy of this Order.

7.  The Clerk of the Court is further directed to close this case and enter judgment for Petitioner.

IT IS SO ORDERED.

Dated:   **April 23, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/pal26cv1531.805.hc.2241.imm

2